```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 07 B 01811
   DEBORAH D HAYES
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2138


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/02/2007 and was confirmed 07/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
AMERICAN HONDA FINANCE    SECURED VEHIC    13137.00          .00         1877.57
AMERICAN HONDA FINANCE    UNSECURED        NOT FILED         .00             .00
ARONSON FURNITURE         NOTICE ONLY      NOT FILED         .00             .00
AT&T WIRELESS             UNSECURED          854.24          .00             .00
VATIV RECOVERY SOLUTIONS  NOTICE ONLY      NOT FILED         .00             .00
BESTSOURCE CREDIT UNION   UNSECURED        NOT FILED         .00             .00
BUD S AMBULANCE SERVICE   UNSECURED        NOT FILED         .00             .00
CITY OF CHICAGO PARKING   UNSECURED          710.00          .00             .00
CITY OF CHICAGO BUREAU P  NOTICE ONLY      NOT FILED         .00             .00
CITY CHICAGO DEPT OR REV  NOTICE ONLY      NOT FILED         .00             .00
DR CHRISTOPHER KARDASIS   UNSECURED        NOT FILED         .00             .00
EVERGREEN EMERGENCY SERV  UNSECURED        NOT FILED         .00             .00
EVERGREEN EMERGENCY SERV  UNSECURED        NOT FILED         .00             .00
EXXON MOBILE              NOTICE ONLY      NOT FILED         .00             .00
SCOT MAYO                 UNSECURED         1688.60          .00             .00
GEMB/JC PENNEY            NOTICE ONLY      NOT FILED         .00             .00
HSBC NV                   NOTICE ONLY      NOT FILED         .00             .00
HSBC CARSON               NOTICE ONLY      NOT FILED         .00             .00
HSBC/TAX                  NOTICE ONLY      NOT FILED         .00             .00
JC WENTWORTH              UNSECURED        NOT FILED         .00             .00
LAKE SHORE OBGYN          UNSECURED        NOT FILED         .00             .00
MAF COLLECTION SERVICES   NOTICE ONLY      NOT FILED         .00             .00
LEDFORD & WU              PRIORITY          2583.13          .00             .00
LITTLE COMPANY OF MARY H  UNSECURED        NOT FILED         .00             .00
ILLINOIS COLLECTION SYST  NOTICE ONLY      NOT FILED         .00             .00
MIDNIGHT VELVET           NOTICE ONLY      NOT FILED         .00             .00
NICOR GAS                 UNSECURED        NOT FILED         .00             .00
NORTHWESTERN MEDICAL FAC  UNSECURED        NOT FILED         .00             .00
NORTHWESTERN MED FACULTY  UNSECURED          275.00          .00             .00
PAYDAY LOAN STORE         UNSECURED        NOT FILED         .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED          677.59          .00             .00
PRESIDIO/CM               NOTICE ONLY      NOT FILED         .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01811 DEBORAH D HAYES
```

```
SAXON MORTGAGE              NOTICE ONLY    NOT FILED            .00              .00
SAXON MORTGAGE SERVICES     NOTICE ONLY    NOT FILED            .00              .00
SEVENTH AVENUE              NOTICE ONLY    NOT FILED            .00              .00
TCF NATIONAL BANK           UNSECURED      NOT FILED            .00              .00
PROFFESSIONAL ACCOUNT MG    UNSECURED      NOT FILED            .00              .00
TCF BANK                    NOTICE ONLY    NOT FILED            .00              .00
ECAST SETTLEMENT CORP       UNSECURED        583.62             .00              .00
ECAST SETTLEMENT CORP       UNSECURED       1081.42             .00              .00
ECAST SETTLEMENT CORP       UNSECURED        631.58             .00              .00
ILLINOIS DEPT OF REV        PRIORITY         120.00             .00              .00
ZALUTSKY & PINSKI LTD       DEBTOR ATTY    2,704.00                              .00
TOM VAUGHN                  TRUSTEE                                           124.43
DEBTOR REFUND               REFUND                                               .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                2,002.00

PRIORITY                                              .00
SECURED                                          1,877.57
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               124.43
DEBTOR REFUND                                         .00
                       ---------------        ---------------
TOTALS                 2,002.00                  2,002.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 04/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                        PAGE   2
        CASE NO. 07 B 01811 DEBORAH D HAYES